case on trial. The testimony of the witness as to the time the second gun was stolen in no wise impeached his testimony on the present trial.

Finding no reversible error, the judgment of the trial court is affirmed.

Opinion approved by the Court.

The record is before us without a statement of facts or bills of exception.

The executive warrant of the governor of this state was sufficient to warrant the trial court's order remanding appellant to the custody of the arresting officer for delivery to the agent of the demanding state.

The judgment is affirmed.

**Ex parte Lewis Montgomery HOWARD.**

**No. 28175.**

Court of Criminal Appeals of Texas.

March 21, 1956.

No attorney on appeal for appellant.

Howard Fender, Dist. Atty., Grady Owen and Conrad Florence, Asst. Dist. Attys., Fort Worth, for the State.

DAVIDSON, Judge.

This is an extradition proceeding.